UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland<br>U.S. Magistrate Judge | K. Weckwerth<br>Deputy Clerk |
| Case Number: 07-mj-01156 | FTR BNB AM |
| Date: July 20, 2007 | |
| UNITED STATES OF AMERICA | Brenda Taylor |
| v. | |
| TAMERA JO FREEMAN | Martha Eskesen |

**PRELIMINARY AND DETENTION HEARING**

Court in session: 2:09 pm

Court calls case and appearances of counsel. Matt Farwell is present from pre-trial services.

Defense requests a continuance. Government does not object to continuance.

**ORDERED:** Preliminary and Detention hearing is continued at defense request to July 26, 2007 at 10:00 am.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 2:14 pm

Total Time: 5 minutes

Hearing continued.